| | | | | |
|---|---|---|---|---|
| | CIVIL MINUTES – GENERAL | | "O"  JS-6 | |
| Case No. | 2:18-cv-00568-CAS(AGRx) | | Date | February 26, 2018 |
| Title | HOLLYVALE RENTAL HOLDINGS, LLC v. ESPERANZA TAPIA, ET AL. | | | |

| | | |
|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | |
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**    (IN CHAMBERS) – ORDER REMANDING CASE TO THE LOS ANGELES COUNTY SUPERIOR COURT

On October 17, 2017, plaintiff Hollyvale Rental Holdings, LLC filed this unlawful detainer action against Esperanza Tapia ("Tapia") and Does 1–10 in Los Angeles County Superior Court. Dkt. 1. Tapia filed a notice of removal on January 23, 2018 asserting that the Court has federal question jurisdiction because plaintiff's claim is subject to the Protecting Tenants at Foreclosure Act of 2009, 12 U.S.C. §§ 5201 et seq. ("PTFA"). Id.

On February 13, 2018, the Court ordered Tapia to show cause on or before February 20, 2018 why this action should not be remanded to the Superior Court for lack of subject matter jurisdiction. Dkt. 6. The Court explained that: (1) Tapia's removal of this action appeared to be untimely pursuant to 28 U.S.C. § 1446(b); and (2) the PTFA does not provide a basis for the Court to exercise federal question jurisdiction. Id.

Plaintiff did not respond to the Order to Show Cause by the February 20, 2018 deadline. Accordingly, this action is hereby **REMANDED** to the Los Angeles County Superior Court for further proceedings.

IT IS SO ORDERED.

| | | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | CMJ | |